The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: May 3 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| William T. Dunn, Jr. and | : | Case No. 23-60194 |
| Jodi L. Dunn, | : | Judge John Gustafson |
| Debtor(s). | | |

### ORDER CONTINUING CONFIRMATION HEARING

This matter came on for consideration upon the Motion for Continuance of the Confirmation Hearing filed by the Chapter 13 Trustee. The Court finds said Motion well taken, and hereby grants the same.

For good cause shown, it is hereby ORDERED that Trustee's Motion for Continuance is granted and the Confirmation Hearing currently scheduled for May 10, 2023 at 2:00 PM, is hereby continued to June 28, 2023 at 2:00 PM, at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Avenue, S.W. Canton, Ohio 44702.

Interested parties are advised to check the Court docket for procedures.

###

**SERVICE LIST:**

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- David A. Mucklow , Counsel for William T. Dunn, Jr., via the Court's Electronic Case Filing System at davidamucklow@yahoo.com
- Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

and by regular U.S. Mail, postage prepaid, upon:

William T. Dunn, Jr., Debtor
3720 Bel Air Avenue NW
Canton, OH 44718

Jodi L. Dunn, Debtor
3720 Bel Air Avenue NW
Canton, OH 44718

SEE ATTACHED CREDITOR MATRIX

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 23-60194-jpg<br>Northern District of Ohio<br>Canton<br>Tue May  2 15:30:56 EDT 2023 | AmeriCredit Financial Services, Inc. dba GM<br>PO Box 183853<br>Arlington, TX 76096-3853 | Canton<br>Canton<br>Frank T Bow Federal Building<br>201 Cleveland Avenue SW<br>Canton, OH 44702-1912 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | Wells Fargo Bank N.A., d/b/a Wells Fargo A<br>PO Box 130000<br>Raleigh, NC 27605-1000 |
| Akron Childrens Hosp<br>P.O. Box 74477<br>Cleveland, OH 44194-0577 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Aultman Hospital<br>P.O. Box 80868<br>Canton, OH 44708-0868 |
| Best Buy.CBNA<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108-5027 | CACI<br>P.O. Box 791<br>Bridgeton, MO 63044-0791 | Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cascade Receivables Management<br>4600 S. Mill Ave<br>Ste 280<br>Tempe, AZ 85282-6850 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Cleveland Clinic<br>P.O. Box 89410<br>Cleveland, OH 44101-6410 | Cleveland Clinic Mercy Hospital<br>P.O. Box 951082<br>Cleveland, OH 44193-0005 | Clinic Medical Services<br>P.O. Box 92237<br>Cleveland, OH 44193-0003 |
| Clinical Medical Serviced LLC<br>401 Tuscarawas St.<br>Ste 101<br>Canton, OH 44702-2043 | Consumer ADJ<br>500 Northwest Plaza<br>Ste 300<br>Saint Ann, MO 63074-2218 | Discover Student Loans<br>P.O. Box 30948<br>Salt Lake City, UT 84130-0948 |
| Discover Student Loans<br>PO Box 30925<br>Salt Lake City, UT 84130-0925 | Fidelity Collections<br>855 S. Sawburg Ave.<br>Ste 103<br>Alliance, OH 44601 | First Credit Inc.<br>P.O. Box 630838<br>Cincinnati, OH 45263-0838 |
| GMFinancial<br>PO Box 1181145<br>Arlington, TX 76096 | Harley Davidson Credit Corp<br>Dept 15129<br>Palatine, IL 60055-5000 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Home Depot Credit Services<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JP Recovery Services<br>P.O. Box 16749<br>Rocky River, OH 44116-0749 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Mercy Ambulatory Care<br>P.O. Box 951091<br>Cleveland, OH 44193-0005 | Mercy Cardiovascular Center<br>P.O. Box 951103<br>Cleveland, OH 44193-0005 |
| Mercy Medical Center Vasc<br>P.O. Box 951091<br>Cleveland, OH 44193-0005 | Mercy Professional Care.<br>P.O. Box 951103<br>Cleveland, OH 44193-0005 | Midland Funding, LLC<br>2365 Northside, Ste. 300<br>San Diego, CA 92108-2710 |
| ModernPath Inc.<br>5700 Southwyck Blvd.<br>Toledo, OH 43614-1509 | Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | (p)ROSSMAN & CO PCB<br>PO BOX 2051<br>NEW ALBANY OH 43054-2051 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CASCADE CAPITAL FUNDING LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (p)RBC INC<br>ATT ERIN NEISE<br>PO BOX 1548<br>MANSFIELD OH 44901-1548 |
| Radius Global Solutions<br>7831 Glenroy Rd. Ste 250<br>Minneapolis, MN 55439-3117 | Richland Bureau of Credit<br>P.O. Box 1548283<br>Mansfield, OH 44901 | SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYW MC.CBNA<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108-5027 | Select Portfolio Servicing, Inc.<br>Attn: Bankruptcy Dept.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Stark County Emergency Physicians<br>P.O. Box 20670<br>Canton, OH 44701-0670 |
| Time Payment Corp<br>200 Summit Dr.<br>Ste 100<br>Burlington, MA 01803-5274 | Wells Fargo Dealer Services<br>PO Box 1697<br>Winterville, NC 28590-1697 | Weltman & Weinberg & Reis<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Wilmington Savings Fund Society, FSB<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | David A. Mucklow<br>919 East Turkeyfoot Lake Road #B<br>Akron, OH 44312-5250 | Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1434 |
| Jodi L Dunn<br>3720 Bel Air Avenue NW<br>Canton, OH 44718-2706 | William T Dunn Jr.<br>3720 Bel Air Avenue NW<br>Canton, OH 44718-2706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Jefferson Capital System<br>16 McLeland Road<br>Saint Cloud, MN 56303 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
|---|---|---|
| PCB<br>P.O. Box 2051<br>New Albany, OH 43054 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | RBC<br>283 Glessner Ave.<br>Mansfield, OH 44903 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Wilmington Savings Fund Society, FSB | (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58